IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR TRAVILLION, | ) | |
| | ) | 2:07cv928 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Caiazza |
| ALLEGHENY COUNTY BUREAU OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Jamar Travillion's ("Travillion" or "the Plaintiff") civil rights complaint pursuant to 42 U.S.C. §1983 was received by the Clerk on July 3, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on June 5, 2008, recommended that the the Motion to Dismiss filed by Defendant Keefe Commissary Network (Doc. 71) be granted. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Rockview, located in Bellefonte, Pennsylvania. Service was also made to the Plaintiff at the Allegheny County Jail after Travillion filed a Notice of Change

of Address (Doc. 78). Travillion has since been transferred back to SCI Rockview (Doc. 79). Objections were due on or before June 23, 2008, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 7th day of July, 2008,

IT IS HEREBY ORDERED that the the Motion to Dismiss filed by Defendant Keefe Commissary Network (Doc. 71) is GRANTED. The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 77) and dated June 5, 2008, is adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
United States Magistrate Judge

Jamar L. Travillion, GS-0389
SCI Rockview
Box A
Bellefonte, PA 16823

J. Deron Gabriel, Esquire
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Stuart H. Sostmann, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
600 Grant Street, USX Tower
Suite 2900
Pittsburgh, PA 15219

Kristen B. Roman, Esquire
Samuel H. Simon, Esquire
Houston Harbaugh, P.C.
401 Liberty Avenue, 22nd Floor
Three Gateway Center
Pittsburgh, PA 15222