IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR TRAVILLION, | ) | |
| | ) | 2:07cv928 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Bissoon |
| ALLEGHENY COUNTY BUREAU OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Jamar Travillion's ("Travillion" or "the Plaintiff") civil rights complaint pursuant to 42 U.S.C. §1983 was received by the Clerk on July 3, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter was later referred to Magistrate Judge Cathy S. Bissoon.

The Magistrate Judge's Report, filed on February 25, 2009, recommended that the Motion for Judgment on the Pleadings filed by Defendant Aramark Correctional Services, Inc., (Doc. 81) be treated as a Motion for Summary Judgment and that it be granted. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Rockview, located in

Bellefonte, Pennsylvania. Objections were due on or before March 16, 2009, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 24th day of March, 2009,

IT IS HEREBY ORDERED that the Motion for Judgment on the Pleadings filed by Defendant Aramark Correctional Services, Inc., (Doc. 81) is hereby converted into a Motion for Summary Judgment, and it is GRANTED. The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 105) and dated February 25, 2009, is adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

cc: Honorable Cathy Bissoon
United States Magistrate Judge

Jamar L. Travillion, GS-0389
SCI Rockview
Box A
Bellefonte, PA 16823

J. Deron Gabriel, Esquire
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Stanley A. Winikoff, Esquire

Winikoff Associates
4 Gateway Center
13th Floor
444 Liberty Ave.
Pittsburgh , PA 15222

Stuart H. Sostmann, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 2900, USX Tower
600 Grant Street
Pittsburgh, PA 15219