IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR TRAVILLION, | ) |
| Plaintiff, | ) 2:07cv928 |
| | ) Electronic Filing |
| v. | ) |
| | ) Judge Cercone |
| | ) Magistrate Judge Bissoon |
| ALLEGHENY COUNTY BUREAU OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

Jamar Travillion's civil rights complaint pursuant to 42 U.S.C. § 1983 was received by the Clerk on July 3, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates. The matter was later referred to Magistrate Judge Cathy S. Bissoon.

The Magistrate Judge's Report, filed on May 28, 2010, recommended that the Allegheny Count Defendants' Motion for Summary Judgment (Doc. 170) be denied, that Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 56(f) and Motion for Summary Judgment (Doc. 176) be denied, and that the Medical Defendants' (Allegheny Correctional Health Services, Inc., FNU Patterson and Bethann LNU and Karen LNU) Motion for Summary Judgment (Doc. 149) be granted. Plaintiff filed objections on June 16, 2010, although he labeled that pleading an "appeal" (Doc. 200). The Medical Defendants responded to the objections (Doc. 201).

Plaintiff presents no new arguments in his objections, except for his argument that his Cross Motion for Summary Judgment was never assigned a docket number. Plaintiff is wrong. His motion appears on the docket as part of (Doc. 176).

After <u>de novo</u> review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following ORDER is entered:

AND NOW, this 25th day of June, 2010,

IT IS HEREBY ORDERED that the Allegheny Count Defendants' Motion for Summary Judgment (Doc. 170) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 56(f) and Motion for Summary Judgment (Doc. 176) are DENIED.

IT IS FURTHER ORDERED that Medical Defendants' Motion for Summary Judgment (Doc. 149) is GRANTED. The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 199) and dated May 28, 2010, is adopted as the opinion of the court.

<u>s/ David Stewart Cercone</u>
David Stewart Cercone
United States District Judge

cc: Honorable Cathy Bissoon
United States Magistrate Judge

JAMAR L. TRAVILLION
GS0389
SCI Rockview
Box A
Bellefonte, PA 16823

J. Deron Gabriel, Esquire
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Stanley A. Winikoff, Esquire
Dell Moser Lane & Loughney
Suite 3700
525 William Penn Place
Pittsburgh, PA 15219